■ EDYTHE UHROVICK, Appellant, v. CARL BURHANS, Respondent. (Action No. 2.) STEPHEN UHROVICK, Appellant, v. CARL BURHANS, Respondent. (Action No. 3.) Memorandum: The verdict of the jury was against the weight of the evidence. (Appeal from judgment of Cayuga Trial Term in automobile negligence action.) Present — Williams, P. J., Bastow, Henry and Marsh, JJ.

■ MATILDA STEGMEIER, Individually and as Administratrix of the Estate of EDWARD STEGMEIER, Deceased, Respondent, v. FLORENCE WEGLARSKI et al., Appellants. Memorandum: There was no negligence proved against defendant Smith. He, having found himself confronted with an emergency not of his own creation in whole or in part, exercised reasonable prudence and judgment under the circumstances. (Appeal from judgment of Erie Trial Term in automobile negligence action.) Present — Williams, P. J., Bastow, Henry and Del Vecchio, JJ.